NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

ASIA PACIFIC MICROSYSTEMS, INC.,
*Appellant,*

v.

INTERNATIONAL TRADE COMMISSION,
*Appellee,*

AND

HEWLETT-PACKARD COMPANY AND HEWLETT-PACKARD DEVELOPMENT COMPANY, L.P.,

*Intervenors.*

---

2012-1225

---

On appeal from the United States International Trade Commission in Investigation No. 337-TA-723.

---

ON MOTION

---

ORDER

Asia Pacific Microsystems, Inc. ("APM") moves for a 14-day extension of time, until August 21, 2012, to file its opening brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.  No further extensions should be anticipated.

FOR THE COURT

AUG 2 4 2012
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Steven D. Ling, Esq.
     Panyin A. Hughes, Esq.
     Ahmed J. Davis, Esq.

s27

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

AUG 2 4 2012

JAN HORBALY
CLERK